## Synopsis -- Complaint

| | |
|---|---|
| **Name:** | Clifton Given |
| **Address:** (City & State Only) | Woolwich, Maine |
| **Year of Birth and Age:** | 1989; 31 |
| **Violations:** | Possession of child pornography, 18 U.S.C. § 2252A(a)(5)(B), (b)(2); 2256(8)(A). |
| **Penalties:** | Class C felony. Not more than 10 years imprisonment, and/or not more than a $250,000 fine. 18 U.S.C. § 2252A(b)(2). |
| **Supervised Release:** | At least 5 years, maximum of life. 18 U.S.C. § 3583(k). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Not more than 2 years. 18 U.S.C. § 3583(e)(3).<br><br>But if Defendant is required to register under the Sex Offender Registration and Notification Act and commits an offense under Chapter 109A, 110, 117, or section 1201 or 1591, for which imprisonment for a term longer than 1 year can be imposed, the court shall revoke supervised release and impose a term of imprisonment of not less than 5 years. 18 U.S.C. § 3583(k). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Life. 18 U.S.C. § 3583(k). |
| **Defendant's Attorney:** | None |
| **Primary Investigative Agency and Case Agent Name:** | Homeland Security Investigations<br>David Pawson |
| **Detention Status:** | Defendant to be arrested, detention motion to be filed. |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Sagadahoc |
| **AUSA:** | Christopher Hill |
| **Guidelines apply?   Y/N** | Yes |

| **Victim Case:** | Yes |
|---|---|
| **Corporate Victims Owed Restitution? Y/N** | No |
| **Assessments:** | $100 per count.<br>18 U.S.C. § 3013(a)(2)(A).<br><br>$5000 per count, if Defendant is found to be nonindigent.<br>18 U.S.C. § 3014(a). |